```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                Plaintiff,

    - against -

JAMIE VENDIVEL,

               Defendant.

03 Cr. 1305 (JGK)

MEMORANDUM OPINION AND ORDER

JOHN G. KOELTL, District Judge:

    The Court has received the attached pro se defendant's Application for Counsel on his Motion for Resentencing pursuant to 18 U.S.C. 3582. The petitioner's motion to appoint counsel is **denied without prejudice to renewal** for failure to make the required showing at this time.

    The Court of Appeals for the Second Circuit has articulated factors that to guide the Court's discretion in appointing counsel to represent an indigent civil litigant under 28 U.S.C. § 1915. These standards are useful in determining whether the interests of justice require appointing counsel in this case. See Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986); Jackson v. Moscicki, No. 99 Civ. 2427, 2000 WL 511642, at *4 (S.D.N.Y. Apr. 27, 2000). For the Court to order the appointment of counsel, the petitioner must, as a threshold matter, demonstrate that his claim has substance or a likelihood of success on the merits. See Hodge, 802 F.2d at 61-62. Only

then can the Court consider the other factors appropriate to determination of whether counsel should be appointed: "plaintiff's ability to obtain representation independently, and his ability to handle the case without assistance in the light of the required factual investigation, the complexity of the legal issues, and the need for expertly conducted cross-examination to test veracity." Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir. 1989). The petitioner has not yet made such a showing.

SO ORDERED.

Dated:   New York, New York
         September 11, 2009

John G. Koeltl
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

DOCKET NUMBER: 06-0679-cr
RELATED FR: USDC 03-CR-1305

CHAMBERS OF THE HONORABLE JOHN G. KOELTL
UNITED STATES JUDGE
SOUTHERN DISTRICT OF NEW YORK

Re: UNITED STATES OF AMERICA vs. JAMIE VENDIVEL
03-CR-1305-01 (JGK)

APPLICATION FOR COUNSEL ON MOTION FOR RESENTENCE
PURSUANT TO 18 USC SEC. 3582

I JAMIE VENDIVEL, PETITIONER, FORMERLY REQUEST AND MOVES THIS COURT FOR APPOINTMENT OF COUNSEL AS PETIONER IS UNTRAINED UNDER LAW, IS INDIGENT, AND REQUIRE THE ASSISTANCE OF A LEARNED COUNSEL TO PERFECT THE MOTION. FURTHER, IT IS REQUESTED THAT THE BRIEFING SCHEDULE ALSO BE AFFORDED TO THE PETITIONER.

UNDER THE PENALTY OF PERJURY AND THE LAWS OF THE UNITED STATES AND THE CONSTITUTION OF THE UNITED STATES, WITHOUT THE UNITED STATES, A PUBLIC FEDERAL GOVERNMENT CORPARATION, AND TO THE BEST OF MY KNOWLEDGE AND BELEIF THAT THE AFOREGOING IS TRUE, CORRECT AND MATERIALLY CERTAIN, SO HELP ME GOD.

_[signature]_                 09-03-09
JAMIE VENDIVEL                 DATE
#51843-054

PETIONER: JAMIE RAMOS VENDIVEL
%#51843-054, UNITED STATES PENATENTIARY
POST OFFICE BOX 2068
INEZ, KY 41224

TO: OFFICE OF COURT CLERK
MOYNIHAN UNITED STATES COURT HOUSE
500 PEARL ST.
NEW YORK, NY 10007-1312

RE: #06-0679 CR FROM USDC 03-CR-1305