**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                             03 cr 1305 (JGK)

**JAMIE VENDIVEL,**                                    **ORDER**

            **Defendant.**
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendant has filed two pro se requests dated August 5, 2020 and August 25, 2020, requesting appointment of counsel to make an application for compassionate release. The defendant argues that his medical conditions make him particularly susceptible to COVID-19, and FMC Devens where he is confined has had a significant outbreak of the infection. He also argues that he has a relatively short time left on his sentence after having spent 17 years in prison. The defendant also argues that he has been unable to obtain his medical records and that counsel would be better able to obtain those records and make a sufficient showing for compassionate release. Under all the circumstances, the Court will appoint counsel to represent the defendant for the limited purpose of making an application for compassionate release. The Court will request the Federal Defenders to represent the defendant and, if there is a conflict, the Court will appoint an attorney from the Criminal Justice Act Panel.

SO ORDERED.

Dated:   New York, New York
         September 7, 2020

                                          /s/ John G. Koeltl
                                         John G. Koeltl
                                   United States District Judge