USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JAMIE VENDIVEL,

        Defendant.

---

03 cr 1305 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the defendant, which it refers to the Federal Defenders for response.

SO ORDERED.

Dated:    New York, New York
          November 20, 2020

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/20/2020

November 16, 2020



To: Clerk of the Clerk
United States Courthouse
500 Pearl Street Room 120
New York, NY 10007-1312

Re: Jamie Vendivel   USM Number: 51843-054
Docket Number: S31:03 CR 01305-001 JGK

<u>Update</u>

Good Afternoon,

The Honorable Judge Koeltl appointed me counsel in reference to filing a motion for compassionate release due to Covid-19 and my advanced medical issues.

I have attempted to get in touch with the Public Defender's office by mail and telephone multiple times with no luck. If possible, will you notify them with the following information so that they may contact me. I know with Covid people may only be working from home. My

① of ②

contact information is below. To set up a legal call they can send a fax to (978) 796-1072 or call Mr. O'Connor the counselor.

My mailing address is:
  Jamie Vendivel
  Reg # 51843-054  Unit JA
  Federal Medical Center - Devens
  P.O Box 879
  Ayer MA  01432

I am very appreciative of your assitance with this and I apologize for increasing your workload.

Respectfully Submitted:
*JVendivel*
Jamie Vendivel