UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                                    03 cr 1305 (JGK)

**ORDER**

JAMIE VENDIVEL,
                    Defendant.
------------------------------------------------------------X

       The Court has received the attached letter from the defendant, Jamie Vendivel, which it transmits to the CJA attorney, on duty, for today. The Court advises that the Federal Defenders are ineligible for assignment, due to a conflict in this matter.

       The Court appoints the CJA attorney on duty, today, Megan Wolfe Bennett, Esq, to represent the defendant for all purposes, including any future motions the defendant wishes to submit.

**SO ORDERED.**

                                                              JOHN G. KOELTL
                                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 2, 2020

To: USDOJ John G. Koeltl
    United States Courthouse
    500 Pearl Street
    New York, NY 10007-1312

November 23rd, 2020

From: Mr. James Vendivel, #51943-054
    Federal Medical Center Devens
    P.O. Box 879
    Ayer, MA 01432



RE: <u>United States v. Vendivel</u>, Case No. 03-cr-1305 (JGK)

Judge Koeltl,

    Your Honor, on September 17th, 2020, you issued an order pertaining to my request for appointed counsel, directing the Federal Public Defenders represent me for the limited purpose of making an application for Compassionate Release. As of the date of this correspondence I have not been contacted by the Federal Public Defenders Office. I am humbly requesting your Clerk contact their office and direct them to, at minimum, contact me and fulfill your Order, by filing a Motion for Compassionate Release.

    On November 17th, while going to recreation, I noticed a sign posted outside G-Unit stating "Warning Unit Under Quarantine." Your Honor, this would be FMC-Devens Fifth-Outbreak of Covid-19. Additionally, several

inmates who were recently released from Quarantine in P-Unit, reported roughly a dozen inmates reported testing positive for Covid-19. I am scared and feel I am living in imminent risk of serious bodily injury, with death being a potential outcome. Thereby, I am requesting your Honor direct the Court Clerk to expedite the proceedings.

As stated FMC-Devens has endured five-outbreaks of Covid-19. Despite this fact, Warden Amy Boncher has recinded protocols established to mitigate the spread of the virus, i.e: stopped daily temperature checks; reinstituted visitation; Accepted incoming transfers from infected compounds, re-populating Devens Inmate population to pre-Covid-19 numbers, making it impossible for me to socially distance; but most distressing is Warden Boncher has not conducted compound-wide testing to establish the extent of the spread, in fact the last compound-wide testing was conducted in May of 2020.

Judge Koeltl, for the foregoing I humbly request you intercede, directing Counsel to expedite my application. I thank you very much for your time and assistance, may God keep you and your loved ones healthy and safe during these trying times.

Respectfully yours,

x /s/ Jamie Vendivel

Jamie Vendivel, Pro se