UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————

UNITED STATES OF AMERICA

       - against -               03 Cr. 1305 (JGK)

JAMIE VENDIVEL                 ORDER

             Defendant.
———————————————————————————————

JOHN G. KOELTL, District Judge:

The Government should respond to the motion for compassionate release by **March 8, 2021.** The defendant may reply by **March 15, 2021.**

    SO ORDERED.

Dated:    New York, New York
        February 23, 2021       _____/s/ John G. Koeltl_____
                         John G. Koeltl
                  United States District Judge