**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**UNITED STATES OF AMERICA**

      - against -　　　　　　　　　　　　03 Cr. 1305 (JGK)

**JAMIE VENDIVEL,**　　　　　　　　　　　　<u>ORDER</u>

            Defendant.
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Government should submit a response to the motion for early release by **April 16, 2021,** together with an explanation as to why there was no response to this Court's Order dated February 23, 2021.  The defendant may reply by **April 23, 2021.**

**SO ORDERED.**

**Dated:**　　New York, New York
　　　　　　April 6, 2021　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　United States District Judge